# United States District Court
# For The Western District of North Carolina
# Asheville Division

**FILED**
ASHEVILLE, N.C.
MAY 12 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

DONNA J. VAUGHN,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04cv233

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2005 Consent Order with Remand pursuant to sentence four of 42 U.S.C. section 405(g).

May 12, 2005

FRANK G. JOHNS, CLERK

BY: *Elizabeth Barton*
Elizabeth Barton, Deputy Clerk