IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| DONNA J. VAUGHN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL NO. 1:04CV233 |
| ) | |
| JO ANNE B. BARNHART, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed June 13, 2005 (document #20). By "Response..." filed on June 20, 2005, Defendant advises that the Commissioner will not oppose an award of $2,467.50 plus $28.80 in costs, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's 'Petition For Attorney's Fees And Costs" (document #20) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $2,496.30 ($2,467.50 plus $28.80 in costs).

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this order to counsel for the parties.

**Signed: July 3, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge